1  Ralph A. Campillo  (SBN: 70376)
   Christopher P. Norton  (SBN: 234621)
2  Nicholas A. Weiss  (SBM: 260606)
   **MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**
3  2029 Century Park East Suite 3100
4  Los Angeles, CA 90067
   Telephone:  310-586-3200
5  Facsimile:  310-586-3202
6  Email: racampillo@mintz.com; cpnorton@mintz.com;
   naweiss@mintz.com
7

8  Attorneys for Defendants
   THOMAS P. SCHMALZRIED, M.D. and THOMAS P.
9  SCHMALZRIED, M.D. A PROFESSIONAL
   CORPORATION
10

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
November 19, 2018

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREG REINECKE,<br><br>              Plaintiffs,<br><br>     v.<br><br>DEPUY ORTHOPAEDICS, INC.,<br>JOHNSON & JOHNSON SERVICES,<br>INC., JOHNSON & JOHNSON, INC.,<br>DEPUY INTERNATIONAL, LTD.,<br>THOMAS P. SCHMALZRIED, M.D.,<br>THOMAS P. SCHMALZRIED, M.D. A<br>PROFESSIONAL CORPORATION;<br>and DOES 1 through 20, inclusive,<br><br>              Defendants. | Case No.  3:18-cv-06848-YGR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 6-1(a)) RE DEFENDANTS THOMAS P. SCHMALZRIED, M.D. AND THOMAS P. SCHMALZRIED, M.D. A PROFESSIONAL CORPORATION**<br><br>Complaint served:         October 25, 2018<br>Removed:                    November 12, 2018<br>Current Response Date: November 19, 2018<br>Agreed Response Date:  December 19, 2018 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   Plaintiff Greg Reinecke and Defendants Thomas P. Schmalzried M.D. and Thomas P. Schmalzried, M.D. A Professional Corporation, by and through their respective counsel, hereby stipulate as follows:

   1)   Plaintiff's Complaint was filed in San Francisco County Superior Court on September 24, 2018, and it was served on defendants on October 25, 2018.

2) The action was removed to the U.S. District Court on November 12, 2018, and the parties anticipate the action will be transferred by the Judicial Panel on Multidistrict Litigation to *In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, MDL No. 2244, currently pending in the United States District Court for the Northern District of Texas.

3) In light of the anticipated transfer, plaintiff and defendants have agreed that defendants Thomas P. Schmalzried, M.D. and Thomas P. Schmalzried, M.D. A Professional Corporation, may have an extension of time to respond to plaintiffs' Complaint, through and including December 19, 2018.

4) By entering into this stipulation, defendant does not waive, and specifically preserves, any and all defenses he has, including lack of personal jurisdiction and all other defenses available under Federal Rule of Civil Procedure Rule 12, and otherwise.

**IT IS SO STIPULATED.**

DATED: November 16, 2018            MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C

By:      /s/ Christopher P. Norton
    Ralph A. Campillo, Esq.
    Christopher P. Norton, Esq.
    Nicholas A. Weiss, Esq.

Attorneys for Defendants
THOMAS P. SCHMALZRIED, M.D. and
THOMAS P. SCHMALZRIED, M.D. A
PROFESSIONAL CORPORATION

DATED   November 16, 2018            SEEGER SALVAS & DEVINE LLP

By:      /s/ Adam R. Salvas
    Kenneth M. Seeger, Esq.
    Adam R. Salvas, Esq.
    Brian J. Devine, Esq.

Attorneys for Plaintiff
GREG REINECKE

1  \*Pursuant to Local Rule 5-1(i)(3), Christopher Norton hereby attests that all other
2  signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and
3  have authorized the filing.

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS