| | |
|---|---|
| 1 | DAVID C. ALLEN (SBN 190479) |
| | *david.allen@btlaw.com* |
| 2 | KELLEY S. OLAH (SBN 245180) |
| | *kelley.olah@btlaw.com* |
| 3 | GABRIELLE ANDERSON-THOMPSON (SBN 247039) |
| | *gathompson@btlaw.com* |
| 4 | **BARNES & THORNBURG LLP** |
| | 2029 Century Park East, Suite 300 |
| 5 | Los Angeles, California  90067 |
| | Telephone:    (310) 284-3880 |
| 6 | Facsimile:     (310) 284-3894 |

Attorneys for Defendants
DEPUY ORTHOPAEDICS, INC. n/k/a MEDICAL DEVICE BUSINESS SERVICES INC.; JOHNSON & JOHNSON (erroneously sued as "Johnson & Johnson, Inc."); JOHNSON & JOHNSON SERVICES, INC.; DEPUY INTERNATIONAL LIMITED (erroneously sued as "DePuy International, Ltd.")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG REINECKE, | Case No.  CV18-06848-YGR |
| Plaintiff, | [~~PROPOSED~~] ORDER RE STIPULATION TO STAY ALL PROCEEDINGS |
| vs. | JURY TRIAL DEMANDED |
| DEPUY ORTHOPAEDICS, INC.; JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON, INC.; DEPUY INTERNATIONAL, LTD., THOMAS P. SCHMALZRIED, M.D., THOMAS P. SCHMALZRIED, M.D. A PROFESSIONAL CORPORATION; and DOES 1 through 20, inclusive, | Complaint Filed:  September 24, 2018 |
| Defendants. | |

TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Upon consideration of the Stipulation to Stay All Proceedings submitted by Plaintiff GREG REINECKE and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON, JOHNSON & JOHNSON SERVICES, INC., DEPUY INTERNATIONAL LIMITED, THOMAS

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

CV18-06848-YGR

[~~PROPOSED~~] ORDER RE STIPULATION TO STAY ALL PROCEEDINGS

1  P. SCHMALZRIED, M.D., and THOMAS P. SCHMALZRIED, M.D. A PROFESSIONAL
2  CORPORATION (hereafter collectively "the Parties"); upon consideration of all documents, files,
3  and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:
4      1.    The Parties' request for a stay of proceedings is GRANTED;
5      2.    All proceedings in this action are hereby stayed, pending a decision by the Judicial
6  Panel on Multidistrict Litigation on whether this case should be transferred to *In re*
7  *DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*,
8  MDL Docket No. 2244;
9      3.    Deadlines relating to any outstanding responsive pleading are extended pending
10  entry of a Scheduling Order in the MDL court addressing responsive pleadings and
11  the deadline to file any remand motion is extended pursuant to the MDL court's
12  August 14, 2012 "Order Regarding Cases Removed from State Court," and any
13  subsequent orders that the MDL Court may issue.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 19, 2018

_____
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2029 Century Park East, Suite 300, Los Angeles, California 90067. On November 16, 2018, I served a copy of the within document(s):

**[PROPOSED] ORDER RE STIPULATION TO STAY ALL PROCEEDINGS**

on the interested party(ies) below:

Kenneth M. Seeger
Adam R. Salvas
Brian J. Devine
**SEEGER SALVAS & DEVINE LLP**
455 Market Street, Suite 1530
San Francisco, CA  94105
Telephone:  (415) 981-9260
Facsimile:  (415) 981-9266
**Attorneys for Plaintiff**

☒   BY CM/ECF NOTICE OF ELECTRONIC FILING:  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 16, 2018, at Los Angeles, California.

_____
Jerod Williams